39 F.3d 1171
 Testa (Frank J., Jr.)
v.
Hotel Employees and Restaurant Employees International
Union, AFL-CIO, Referred to as H.E.R.E., Hanley (Edward T.),
General President of H.E.R.E., Gerace (Frank), Silbert
(William Roy), of H.E.R.E., Both Being Former Officers of
Local 54 and Both Now Banned from Local 54, Local 54 of
H.E.R.E., Materio (Frank), Hilferty (Thelma 'Timmie'), Both
Formerly of Local 54 and Both Now Banned from Local 54,
Wolfson (Robert), Member of Local 54, Wilson (R.),
 NO. 94-5259
 United States Court of Appeals,
Third Circuit.
 Sept 12, 1994
 
 Appeal From: D.N.J.,
 Irenas, J.
 
 
 1
 AFFIRMED.